UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVID SCOTT | CIVIL ACTION NO. 14-CV-2752 |
| VERSUS | JUDGE WALTER |
| JOHN FERALD GENE VEILLON | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter came on for a *sua sponte* jurisdictional review, which was conducted by Magistrate Judge Patrick J. Hanna. After an independent review of the record, and absent any objections by the parties, this Court concludes that the Magistrate Judge's report and recommendation[Rec. Doc. 13] is correct and adopts the findings and conclusions therein as its own. Finding that the plaintiff has not borne his burden of establishing the Court's subject-matter jurisdiction, IT IS ORDERED, ADJUDGED AND DECREED that the captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

Signed at Shreveport, Louisiana, this 1 day of April, 2015.

_____
Donald E. Walter
United States District Judge